AO 245B (SDIL Rev. 03/15) Judgment in a Criminal Case

**FILED**

**SEP 2 5 2015**

DEFENDANT: REX DEL RAINS

CASE NUMBER: 15-CR-30053-DRH

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **15-CR-30053-DRH**<br>USM Number: **NA** |
| **REX DEL RAINS** | **J. RANDALL COX**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)      <u>1, 2, 3 and 4 of Information</u>

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ Was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section</u> | <u>Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|---|
| 16:3372(a)(2)(A) and 3373(d)(2) (see page 2) | Wildlife Trafficking (Lacey Act) | June 12, 2012 | 1 |

    The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) Click here to enter text. ☐is ☐ are dismissed on the motion of the United States.

☐ No fine      ☐ Forfeiture pursuant to order filed Click here to enter date of Order., included herein.

☐ Forfeiture pursuant to Order of the Court. See page Click here to type pg no. for specific property details.

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

<u>September 24, 2015</u>
Date of Imposition of Judgment

<u>STEPHEN C. WILLIAMS, U.S. Magistrate Judge</u>
Signature of Judge

Name and Title of Judge

<u>9/25/15</u>
Date

AO 245B (SDIL Rev. 03/15) Judgment in a Criminal Case

DEFENDANT: REX DEL RAINS
CASE NUMBER: 15-CR-30053-DRH

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16:3372(a)(2)(A) and 3373(d)(3)(B) | False Labeling | June 12, 2012 | 2 |
| 16:3372(a)(2)(A) and 3373(d)(2) | Wildlife Trafficking (Lacey Act) | June 22, 2012 | 3 |
| 16:3372(a)(2)(A) and 3373(d)(3)(B) | False Labeling | June 22, 2012 | 4 |

AO 245B (SDIL Rev. 03/15) Judgment in a Criminal Case

Judgment Page **3** of 6

DEFENDANT: REX DEL RAINS
CASE NUMBER: 15-CR-30053-DRH

## PROBATION

The defendant is hereby sentenced to probation for a term of: 24 months
**24 months**

### MANDATORY CONDITIONS

*The following conditions are authorized pursuant to 18 U.S.C. § 3563(a):*

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall pay any financial penalties imposed which are due and payable immediately. If the defendant is unable to pay them immediately, any amount remaining unpaid will become a condition of probation and be paid in accordance with the Schedule of Payments sheet of the judgment based on the defendant's ability to pay.

The defendant shall make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664; and pay the assessment imposed in accordance with 18 U.S.C. § 3013.
104.

The defendant will notify the court of any material change in his economic circumstances that might affect his ability to pay restitution, fines, or special assessments.

### ADMINISTRATIVE CONDITIONS

*The following conditions of probation are administrative and applicable whenever probation is imposed, regardless of the substantive conditions that may also be imposed. These conditions are basic requirements essential to probation.*

The defendant shall not leave the judicial district without the permission of the Court or the probation officer.

The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

The defendant shall respond to all inquiries of the probation officer and follow the instructions of the probation officer.

The defendant shall notify the probation officer at least ten days prior to, or within seventy-two hours after, any change in residence or employment.

The defendant shall not knowingly meet, communicate, or otherwise interact with a person whom the defendant knows to be engaged, or planning to be engaged, in criminal activity.

The defendant shall permit a probation officer to visit the defendant at a reasonable time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

AO 245B (SDIL Rev. 03/15) Judgment in a Criminal Case

DEFENDANT: REX DEL RAINS
CASE NUMBER: 15-CR-30053-DRH

The defendant shall permit a probation officer to visit the defendant at a reasonable time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

## SPECIAL CONDITIONS

*Pursuant to the factors in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3563(b), the following special conditions are ordered. While the Court imposes special conditions, pursuant to 18 U.S.C. § 3603(10), the probation officer shall perform any other duty that the Court may designate. The Court directs the probation officer to administer, monitor, and use all suitable methods consistent with the conditions specified by the Court and 18 U.S.C. § 3603 to aid persons on probation/supervised release. Although the probation officer administers the special conditions, final authority over all conditions rests with the Court.*

While any financial penalties are outstanding, the defendant shall not open additional lines of credit without the approval of the Court or probation officer.

While any financial penalties are outstanding, the defendant shall not open additional checking, savings, or money market accounts, or acquire any stocks, bonds, or other financial account instruments without the approval of the Court or probation officer.

While any financial penalties are outstanding, the defendant shall provide the probation officer and the Financial Litigation Unit of the United States Attorney's Office any requested financial information. The defendant is advised that the probation office may share financial information with the Financial Litigation Unit.

While any financial penalties are outstanding, the defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation. The defendant shall notify the probation officer within 72 hours of the receipt of any indicated monies.

It is ordered that the defendant make discretionary restitution to the United States Fish and Wildlife Service, Cost Account Section, PO Box 272065, Denver, CO, 80227-9060, Attn: Lacey Act Reward Account, in the amount of $3,120. In addition, pursuant to an award of Collateral Forfeiture, he shall pay $3,000 to the United States Fish and Wildlife Service, Cost Account Section, PO Box 272065, Denver, CO, 80227-9060, Attn: Lacey Act Reward Account; and, $3,000 to the Illinois Conservation Police Operations Assistance Fund, Illinois Department of Natural Resources, Office of Law Enforcement, Attn: Mary Gott, 1 Natural Resources Way, Springfield, IL, 62702-1289; for a total Collateral Forfeiture of $6,000. Payment is due immediately. If the defendant is unable to pay immediately, any unpaid balance shall be paid in monthly installments of $500, or 10% of the defendant's net monthly income, whichever is greater, based on the defendant's ability to pay.

AO 245B (SDIL Rev. 03/15) Judgment in a Criminal Case

Judgment Page 5 of 6

DEFENDANT: REX DEL RAINS
CASE NUMBER: 15-CR-30053-DRH

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $100.00 | $500.00 | $3120.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. Fish and Wildlife Service<br>Cost Account Section<br>P.O. Box 272065<br>Denver CO  80227-9060<br>Attention:  Lacey Act Reward Account | $3120.00 | $3120.00 | 100% |

☒ Restitution amount ordered pursuant to plea agreement $3120.00_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for ☒ fine  ☒ restitution.

☐ the interest requirement for ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (SDIL Rev. 03/15) Judgment in a Criminal Case

DEFENDANT: REX DEL RAINS
CASE NUMBER: 15-CR-30053-DRH

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A.** ☐ Lump sum payment of $_____ due immediately, balance due
     ☐ not later than _____, or
     ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B.** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below; or

**C.** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a
period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date
of this judgment; or

**D.** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a
period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after
release from imprisonment to a term of supervision; or

**E.** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60
days)* after release from imprisonment. The court will set the payment plan based on an assessment
of the defendant's ability to pay at that time; or

**F.** ☒ Special instructions regarding the payment of criminal monetary penalties:  Payment of $500.00
per month or 10% of net monthly income whichever is greater until paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several
    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total
    Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.